IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONAE L. SKINNER,<br>    *Plaintiff*<br><br>-vs-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., WILMINGTON SAVINGS FUND SOCIETY, FSB, DOES 1 THROUGH 100,<br>    *Defendants* | §§§§§§§§§§ | SA-23-CV-00666-XR |

## SETTLEMENT ORDER

Plaintiff has informed the Court that she has reached a settlement with Experian Information Services, Inc. ("Experian") in this matter. ECF No. 7. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings as to Experian, and **ORDERS** Plaintiff and Experian to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **November 13, 2023**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

It is so **ORDERED**.

**SIGNED** this 14th day of August, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE