IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONAE L. SKINNER,<br>   *Plaintiff*<br><br>-vs-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., DOES 1 THROUGH 100,<br>   *Defendants* | § § § § § § § § § § | SA-23-CV-00666-XR |

## AMENDED SETTLEMENT ORDER[1]

Plaintiff Jonae L. Skinner filed her Original Complaint on May 24, 2023 against Experian Information Solutions, Inc. ("Experian"), Wilmington Savings Fund Society, FSB ("Wilmington"), and Does 1 through 100. ECF No. 1.

On August 11, 2023, Plaintiff informed the Court that she had reached a settlement with Experian in this matter. ECF No. 7. On August 16, Plaintiff voluntarily dismissed her claims against Wilmington. ECF no. 9.

To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings as to <u>all parties</u>, and **ORDERS** Plaintiff and Experian to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **November 13, 2023**. *See* FED. R. CIV. P. 41. <u>Any such dismissal should also include the Doe Defendants unless Plaintiff intends to pursue such claims.</u> **Should the parties be unable to finalize the settlement and submit appropriate documents by the deadline, they must request an extension of time to do so.**

---

[1] This order amends the Settlement Order filed on August 14, 2023 (ECF No. 8), to reflect the dismissal of Wilmington from this action and to ensure that, since Experian is the only named Defendant remaining in this case, Plaintiff's dismissal includes the Doe Defendants.

It is so **ORDERED**.

**SIGNED** this 16th day of August, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE